BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

FILED

MAY 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | 2:10-cr-191 JAM |
| JEREMIAH ANDREW MARTIN, ) | |
| DARRIN ARTHUR JOHNSTON, ) | |
| TODD ALLEN SMITH, and ) | |
| CHERYL ANN HITOMI PETERSON ) | |
| ) | |
| Defendants. ) | |

   The Court hereby orders that the Indictment, the Arrest Warrants, Petition to Seal, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: 5-20-2010

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1