1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW STEGMAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2793

FILED

MAY 21 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 10-191 JAM |
|---|---|
| Plaintiff, | ) |
| | ) ORDER TO UNSEAL |
| v. | ) |
| JEREMIAH ANDREW MARTIN, DARRIN ARTHUR JOHNSTON, TODD ALLEN SMITH, and CHERYL ANN HITOMI PETERSON | ) |
| Defendants. | ) |

The Court hereby orders that the Indictment, the Arrest Warrants, Petition to Seal, Sealing Order and the Order to Seal in the above-referenced case be unsealed.

DATED: 5-21-2010

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1