**FILED**
May 24, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:10-CR-0191-JAM
           Plaintiff,         )
v.                            )   ORDER FOR RELEASE OF
                              )   PERSON IN CUSTODY
DARRIN ARTHUR JOHNSTON,       )
                              )
           Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DARRIN ARTHUR JOHNSTON</u>, Case No. <u>2:10-CR-0191-JAM</u>, Charge <u>Title 18 USC § 1349</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ _75,000_

        X  Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        X  (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _May 24, 2010_ at _3:22_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge