1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   TODD ALLEN SMITH
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-10-191 JAM
                                    )
9              Plaintiff,           )
                                    )   STIPULATION TO CONTINUE STATUS
10                                  )   CONFERENCE AND EXCLUDE TIME
       v.                           )   UNDER SPEEDY TRIAL ACT
11                                  )
   TODD ALLEN SMITH,    et al.,     )
12                                  )
               Defendants.          )
13 _____)

14         IT IS HEREBY STIPULATED AND AGREED between the defendants, Jeremiah Martin,

15 Darrin Johnston, Todd Smith, and Cheryl Peterson, by and through their undersigned defense

16 counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney

17 Matthew Stegman, that the status conference presently set for September 14, 2010 at 9:30 a.m.,

18 should be continued to November 16, 2010 at 9:30 a.m., and that time under the Speedy Trial Act

19 should be excluded from September 14, 2010 through November 16, 2010.

20         The reason for the continuance is that the defendants are continuing their investigation and

21 preparation of the matter for trial. There is substantial discovery and the issues are complicated.

22 Accordingly, the time between September 14, 2010 and November 16, 2010 should be excluded

23 from the Speedy Trial calculation pursuant to Title 18, United States Code, Section

24 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends

25 of justice served by granting this continuance outweigh the best interests of the public and the

26 defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Stegman and the undersigned defense

27 counsel have authorized Mr. Locke to sign this pleading for them.

28

29                                         1

DATED: September 9, 2010        /S/ Bruce Locke
                                BRUCE LOCKE
                                Attorney for Todd Smith

DATED: September 9, 2010        /S/ Bruce Locke
                                For PATRICK HANLEY
                                Attorney for Darrin Johnston

DATED: September 9, 2010        /S/ Bruce Locke
                                For COURTNEY LINN
                                Attorney for Jeremiah Martin

DATED: September 9, 2010        /S/ Bruce Locke
                                For DOUGLAS BEEVERS
                                Attorney for Cheryl Peterson

DATED: September 9, 2010        /S/ Bruce Locke
                                For MATT STEGMAN
                                Attorney for the United States

IT IS SO ORDERED.

DATED: 9/10/10                  /s/ John A. Mendez
                                UNITED STATES DISTRICT JUDGE