Law Offices of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorneys for Defendant
Darrin Johnston

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Todd Allen Smith, et. al. <br><br> Defendants. | Case No: 10-191 JAM <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> **Date: 11-16-10** <br> **Time: 9:30 a.m.** <br> **Courtroom: Honorable John A. Mendez** |

Defendants Jeremiah Martin, Darrin Johnston, Todd Smith and Cheryl Peterson by and through their undersigned defense counsel and plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Stegman, agree and stipulate that the current status conference set for November 16, 2010, in the above case, shall be re-scheduled for January 18, 2011 at 9:30 a.m.

The parties further agree and stipulate that under 18 U.S.C. §3161(h)(7)(B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including January 18, 2011, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings. The parties further stipulate and

PDF created with pdfFactory trial version www.pdffactory.com

agree that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed on the January 18, 2011, date, and that all defense counsel have authorized Mr. Hanly to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: November 9, 2010          /S/ <u>PATRICK K. HANLY</u>
                                  Attorney for Defendant
                                  Darrin Johnston

Dated: November 9, 2010          /S/ <u>PATRICK K. HANLY</u>
                                  For Douglas Beevers
                                  Attorney for Defendant
                                  Cheryl Peterson

Dated: November  9, 2010         /S/ <u>PATRICK K. HANLY</u>
                                  For Bruce Locke
                                  Attorney for  Defendant
                                  Todd Allen Smith

Dated: November 9, 2010          /S/ <u>PATRICK K. HANLY</u>
                                  For Courtney Linn
                                  Attorney for Defendant
                                  Jeremiah Martin

Dated: November 12, 2010         /S/ <u>MATTHEW STEGMAN</u>
                                  Matthew Stegman
                                  Assistant United States Attorney

**<u>ORDER</u>**

**IT IS SO ORDERED**.

Dated: November 15, 2010

                                  /s/ John A. Mendez_____
                                  HONORABLE  JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE