Law Offices of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorneys for Defendant
Darrin Johnston

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                        )<br>    Plaintiff,                                         )<br>                                                        )<br>    vs.                                                )<br>                                                        )<br>Todd Allen Smith, et. al.                      )<br>                                                        )<br>    Defendants.                                   )<br>                                                        )<br>                                                        )<br>_____)  | Case No: 10-191 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Date: 1-18-11**<br>**Time: 9:30 a.m.**<br>**Courtroom: Honorable John A. Mendez** |

    Defendants Jeremiah Martin, Darrin Johnston, Todd Smith and Cheryl Peterson by and through their undersigned defense counsel and plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Stegman, agree and stipulate that the current status conference set for January 18, 2011, in the above case, shall be re-scheduled for March 22, 2011 at 9:30 a.m.

    The parties further agree and stipulate that under 18 U.S.C. §3161(h)(7)(B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including March 22, 2011, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.  The parties further stipulate and

PDF created with pdfFactory trial version www.pdffactory.com

agree that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed on the March 22, 2011, date, and that all defense counsel have authorized Mr. Hanly to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: January 13, 2011  /S/ PATRICK K. HANLY
Attorney for Defendant
Darrin Johnston

Dated: January 13, 2011  /S/ PATRICK K. HANLY
For Douglas Beevers
Attorney for Defendant
Cheryl Peterson

Dated: January 13, 2011  /S/ PATRICK K. HANLY
For Bruce Locke
Attorney for Defendant
Todd Allen Smith

Dated: January 13, 2011  /S/ PATRICK K. HANLY
For Courtney Linn
Attorney for Defendant
Jeremiah Martin

Dated: January 13, 2011  /S/ MATTHEW STEGMAN
Matthew Stegman
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**.

Dated: January 14, 2011  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-2-

Stipulation and Proposed Order Continuing Status Conference

PDF created with pdfFactory trial version www.pdffactory.com