Law Offices of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorneys for Defendant
Darrin Johnston

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 10cr191 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| vs. ) | **AND  EXCLUDING TIME UNDER THE** |
| ) | **SPEEDY TRIAL ACT** |
| Todd Allen Smith, et. al. ) | |
| ) | **Date: 8-9-11** |
| Defendants. ) | **Time: 9:30 a.m.** |
| ) | **Courtroom: Honorable  John A. Mendez** |
| ) | |
| ) | |
| _____ ) | |

Defendants Darrin Johnston, Todd Smith and Cheryl Peterson by and through their undersigned defense counsel and plaintiff United States of America, through its counsel, Assistant United States Attorney Todd Pickles, agree and stipulate that the current status conference set for August 9, 2011, in the above case, shall be re-scheduled for September 6, 2011 at 9:30 a.m.

The parties further agree and stipulate that under 18 U.S.C. §3161(h)(7)(B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including September 6, 2011, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.  The parties further stipulate

PDF created with pdfFactory trial version www.pdffactory.com

and agree that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed on the September 6, 2011, date, and that all defense counsel have authorized Mr. Hanly to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: August 4, 2011                           /S/ <u>PATRICK K. HANLY</u>
                                                Attorney for Defendant
                                                Darrin Johnston


Dated: August 4, 2011                           /S/ <u>PATRICK K. HANLY</u>
                                                For Douglas Beevers
                                                Attorney for Defendant
                                                Cheryl Peterson


Dated: August 4, 2011                           /S/ <u>PATRICK K. HANLY</u>
                                                For Bruce Locke
                                                Attorney for  Defendant
                                                Todd Allen Smith


Dated: August 4, 2011                           /S/ <u>TODD PICKLES</u>
                                                Todd Pickles
                                                Assistant United States Attorney


### **<u>ORDER</u>**

The court adopts the stipulation as its Order and finds that the time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including September 6, 2011, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.  The Court further finds, based upon the stipulation of the parties, that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

-2-
Stipulation and Proposed Order Continuing Status Conference

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

Dated: August 5, 2011                             /s/ John A. Mendez
                                                  HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com