```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CHERYL PETERSON

 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,     )  NO. CR-S-10-191 JAM
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND ORDER TO CONTINUE
13       v.                       )  STATUS CONFERENCE
                                  )
14  CHERYL PETERSON, et al,       )  Date:  January 3, 2012
                                  )  Time:  9:30am
15              Defendants.       )  Judge: Hon. John A. Mendez
                                  )
16  _____ )
                                  )
17
```

18       IT IS HEREBY STIPULATED AND AGREED between the defendants, Darrin
19  Johnston, Todd Smith, and Cheryl Peterson, by and through their
20  undersigned defense counsel, and the United States of America by and
21  through its counsel, Assistant U.S. Attorney Todd Pickles, that the
22  status conference presently set for December 13, 2011 at 9:30 a.m.,
23  should be continued to January 3, 2012 at 9:30 a.m., and that time under
24  the Speedy Trial Act should be excluded from December 13, 2011 through
25  January 3, 2012.
26       The reasons for the continuance are: (1) Defense counsel for Cheryl
27  Peterson is investigating a possible conflict of interest with another
28  Federal Defender client, and will know by January 3, 2012 whether the

conflict can be waived, (2) Defense counsel Michael Long, who was newly appointed to represent Defendant Darrin Johnson, needs some additional time to review evidence in order to set a trial and (3) there is substantial discovery. Accordingly, the time between December 13, 2011 and January 3, 2012 should be excluded from the Speedy Trial calculation pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4 (ongoing preparation of defense counsel). The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

Dated:   December 9, 2011          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Douglas J. Beevers
_____
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
CHERYL PETERSON

Dated:   December 9, 2011          /s/ Bruce Locke
_____
BRUCE LOCKE
Attorney for Defendant
TODD SMITH

Dated:   December 9, 2011          /s/ Michael Long
_____
MICHAEL LONG
Attorney for Defendant
DARRIN JOHNSTON

Dated:   December 9, 2011          BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew Stegman
_____
Matthew Stegman
Assistant U.S. Attorney

2

**O R D E R**

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: December 9, 2011                /s/ John A. Mendez
                                       Hon. John A. Mendez
                                       United States District Court Judge