BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEREMIAH MARTIN, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO.  2:10-cr-00191 JAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL CONFIRMATION HEARING AND FOR CHANGE OF PLEA** |

## STIPULATION

　　　This case was scheduled for changes of plea and for trial confirmation hearing for April 10, 2012. Due to the Court's unavailability, the parties have met and conferred and agree to and request the matter be continued to the following dates for the following purposes:

　　　Trial confirmation hearing for defendant Cheryl Peterson set for **April 17, 2012**; and

　　　Changes of plea set for defendants Todd Smith and Darrin Johnston set for **April 24, 2012**. The Court has already excluded time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 in this matter to May 8, 2012, and, therefore, no additional exclusion of time is required. A proposed order is attached below for the Court's convenience.

///

///

Stipulation and Proposed Order

1

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2                                              Respectfully submitted,

3
4  DATED: April 11, 2012                       BENJAMIN B. WAGNER
                                               United States Attorney

5                                    By:       */s/ Todd A. Pickles*
                                               TODD A. PICKLES
6                                              Assistant U.S. Attorney

7                                              For the United States of America

8
9  DATED: April 11, 2012
                                     By:       */s/ Todd A. Pickles for*
                                               MICHAEL LONG
10
                                               For Defendant Darrin Johnston
11
12 DATED: April 11, 2012
                                     By:       */s/ Todd A. Pickles for*
                                               BRUCE LOCKE
13
                                               For Defendant Todd Smith
14
15 DATED: April 11, 2012                       DANIEL BRODERICK
                                               Federal Public Defender

16                                   By:       */s/ Todd A. Pickles for*
                                               DOUGLAS BEEVERS
17                                             Assistant Federal Public Defender

18                                             For Defendant Cheryl Peterson

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order

2

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Based on the reasons set forth in the stipulation of the parties filed on April 11, 2012, and good cause appearing there from, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the trial confirmation hearing set for defendant Cheryl Peterson is continued to April 17, 2012 at 9:30 a.m.; and

IT IS FURTHER ORDERED THAT the changes of plea set for defendants Todd Smith and Darrin Johnston are continued to April 24, 2012 at 9:30 a.m.

The Court also already found that the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED until May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.

DATED:  April 12, 2012                     /s/ John A. Mendez
                                           Honorable John A. Mendez
                                           United States District Judge
                                           Eastern District of California

Stipulation and Proposed Order

3

PDF created with pdfFactory trial version www.pdffactory.com