Case 2:10-cr-00191-JAM   Document 112   Filed 12/13/12   Page 1 of 1

December 13, 2012
Stipulation and proposed order to move sentencing from 1/29/2013 to 3/26/2013
by Darrin Johnston
Page 1

**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 301
Sacramento, CA   95814
(916) 447-1920
Mike.Long.Law@msn.com

**December 13, 2012**

Harry Vine, Courtroom Clerks to the
Honorable John A. Mendez
501 I Street
Sacramento, CA 95814

Re:   United States v. Darrin Johnston and Todd Smith; 10-191 JAM
      Request to change sentencing date from 1/29/2013 to 3/26/2013

Dear Mr. Vine:

    Both Darrin Johnston and Todd Smith are set for sentencing on January 29, 2013.   Neither defendant is ready for sentencing.   The probation report has yet to be drafted because many tasks remain to be done by the parties before the probation officer can interview the defendants and begin work on the report.

    AUSA Todd Pickles, Bruce Locke (CJA Attorney For Todd Smith) and I jointly request a continuance of the sentencing hearing for both Mr. Johnston and Mr. Smith from January 29, 2013, to March 26, 2013, at 9:45 a.m., to permit the many tasks to be completed and allow the probation report to be drafted.   It is possible an additional request to continue will be filed before March 26, 2013.

Sincerely,
/s/ Michael D. Long
Michael D. Long

cc:   USPO Talia Katz, AUSA Todd Pickles and CJA Bruce Locke


IT IS SO ORDERED.

Dated: 12/13/2012                    /s/ John A. Mendez
                                     John A. Mendez
                                     United States District Court Judge