BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>DARRIN JOHNSTON, and<br>TODD SMITH,<br><br>              Defendants. | CASE NO.  2:10-cr-00191 JAM<br><br>**STIPULATION TO SET JUDGMENT AND SENTENCING AND TO REFER THE MATTER TO THE PROBATION OFFICE FOR PREPARATION OF A PRESENTENCE INVESTIGATION REPORT;  ORDER** |

Counsel for the United States has conferred with counsel for the defendants Darrin Johnston and Todd Smith, and the parties hereby stipulate and request the following:

1.     This case be referred to the Probation Office for preparation of a presentence investigation report, and

2.     The date for the judgment and sentencing be set on the Court's calendar on October 1, 2013 at 9:45 a.m., or as soon thereafter as this matter may be heard, with the schedule for disclosures and preparation of the presentence investigation report be set in accordance with this date.

Stipulation re Judgment and Sentencing; Proposed Order

1

IT IS SO STIPULATED.

DATED: June 26, 2013                         BENJAMIN B. WAGNER
                                             United States Attorney

                                     By:     */s/ Todd A. Pickles*
                                             TODD A. PICKLES
                                             Assistant U.S. Attorney

DATED: June 26, 2013         By:     */s/ Todd A. Pickles for*
                                     MICHAEL LONG

                                     Attorney for Darrin Johnston

DATED: June 26, 2013         By:     */s/ Todd A. Pickles for*
                                     BRUCE LOCKE

                                     Attorney for Todd Smith

### **ORDER**

This matter came before the Court on the parties' stipulation to set this matter for judgment and sentencing and to refer the matter to the probation officer. For good cause showing, the Court hereby adopts the parties' stipulation. Accordingly, IT IS HEREBY ORDERED THAT:

1. This case is referred to the Probation Office for preparation of a presentence investigation report; and

2. Judgment and sentencing is set on the Court's calendar on October 1, 2013 at 9:45 a.m. The Court shall separately issue a schedule for disclosures and preparation for the presentencing investigation report.

IT IS SO ORDERED.

DATED: 6/26/2013

                                     /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Judge
                                     Eastern District of California

Stipulation re Judgment and Sentencing; Proposed Order

2