MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR 10-191 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND PROPOSED ORDER |
| v. | ) TO TERMINATE PRE-TRIAL RELEASE |
| | ) SUPERVISION |
| DARRIN JOHNSTON, | ) |
| Defendant. | ) |
| ==============================) | Judge: Hon. Carolyn K. Delaney |

To Magistrate Judge Carolyn K. Delaney:

Defendant DARRIN JOHNSTON, by and through his attorney, Michael D. Long, and the Government, by and through its attorney, Todd Pickles, stipulate as follows:

Amaryllis Gonzalez, the Sacramento pre-trial services officer for Darrin Johnston, has determined that due to Darrin Johnston's record of compliance with all of his pre-trial conditions, he no longer needs to be monitored by pre-trial services.  AUSA Pickles and defense counsel agree that terminating supervision is appropriate.  The parties stipulate that all conditions of Mr. Johnston's pre-trial release and his supervision by Pre-Trial Services shall be terminated. It is understood by the parties that the unsecured appearance bond previously filed by the parties [ECF 16] shall remain in effect and that the United States Passport previously surrendered by Mr. Johnston [ECF 37] shall remain in the custody of the Court.

Dated:  July 9, 2014                                     Respectfully submitted,

                                                         /s/ Michael D. Long_____
                                                         MICHAEL D. LONG
                                                         Attorney for Mr. Johnston

-1-

Dated: July 9, 2014

              BENJAMIN WAGNER
              United States Attorney

              /s/ Todd Pickles
              TODD PICKLES
              Assistant U.S. Attorney
              Signed by Mr. Long with the permission
              of Mr. Pickles

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,     ) No. CR-10-191 JAM
                Plaintiff,        )
                                  ) (Proposed) ORDER
        v.                        )
                                  )
DARRIN JOHNSTON,                  )
                Defendant.        ) Judge: Hon. Carolyn K. Delaney
==============================)
```

IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Darrin Johnston are modified in the following manner:

All conditions of Darrin Johnston's pre-trial release are hereby terminated. The unsecured appearance bond previously posted shall remain in effect. Mr. Johnston's United States Passport shall remain in the custody of the Court.

Dated: July 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-3-