BRUCE LOCKE

Moss & Locke

800 Howe Avenue, Ste 110

Sacramento, California 95825

(916) 719-3194

blocke@mosslocke.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TODD SMITH, et. al.,<br><br>　　　　　Defendants. | No. CR 10-191 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE DATE FOR SENTENCING FROM JUNE 2, 2015 TO AUGUST 11, 2015 AT 9:15 A.M.** |

Defendants TODD SMITH and DARRIN JOHNSTON, by and through their attorneys, Bruce Locke and Michael Long, and the Government, by and through its attorney, Todd Pickles, stipulate that the date for sentencing should be continued from June 2, 2015 to August 11, 2015 at 9:15 a.m. The reason for the continuance is that defense counsel have recently received the final Pre-Sentence Reports and, due to the complexity of the loss issues in the case, need additional time to prepare the formal objections and sentencing memoranda. The first date that would fit all counsel's schedules is the date of August 11, 2015.

Dated: May 28, 2015　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce Locke_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Mr. Smith

1

Dated: May 28, 2015                                  Respectfully submitted,

                                                     /s/ Bruce Locke
                                                     For MICHAEL LONG
                                                     Attorney for Mr. Johnston


Dated: May 28, 2015                                  BENJAMIN WAGNER
                                                     United States Attorney

                                                     /s/ Bruce Locke
                                                     For TODD PICKLES
                                                     Assistant U.S. Attorney


    IT IS HEREBY ORDERED that the date for sentencing for Todd Smith and Darin Johnston is continued from June 2, 2015 to August 11, 2015.


Dated: 5/28/2015                                     /s/ John A. Mendez

                                                     UNITED STATES DISTRICT COURT JUDGE