MICHAEL D. LONG  (State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for Defendant DARRIN JOHNSTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,      ) CR. S-10-191 JAM
                  Plaintiff,       )
                                   ) DEFENDANT JOHNSTON'S
         v.                        ) MOTION TO CORRECT PARAGRAPH 40
                                   ) OF THE FINAL PSR (ECF 170)
DARRIN JOHNSTON,                   )
                                   )
                  Defendant.       )
===============================)
```

     A mistake in the final PSR crucial to the housing designation of defendant DARRIN JOHNSTON has been found (final PSR ECF 170).  At page 11, paragraph 40, the age of the victim in the 1986 case is mistakenly indicated as "Under 14 Years" in two places.  USPO Lynda Moore's review of the records she possesses for the conviction in Shasta case 86-8651 shows that the victim was 18 years old.  Mr. Johnston was 21 years old at the time of the criminal conduct.  The distinction of "under 14" versus "18" years old is affecting the designated housing level of Mr. Johnston at FCI-Lompoc (self-surrender date of 1/15/16).

     It is hereby stipulated between the parties, Todd Pickles, Assistant United States Attorney, Michael D. Long, attorney for defendant Darrin Johnston, that the Court order USPO Lynda Moore to change the language of paragraph 40 of the PSR to strike the first paragraph in its entirety and add that the correct age of the victim was 18 years old.

///

| | |
|---|---|
| Dated:  January 6, 2016 | Respectfully submitted, |
| | /s/ *Michael D. Long* |
| | MICHAEL D. LONG |
| | Attorney for Darrin Johnston |
| Dated:  January 6, 2016 | BENJAMIN WAGNER |
| | United States Attorney |
| | /s/ *Todd Pickles* |
| | TODD PICKLES |
| | Assistant U.S. Attorney |

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-S-10-191 JAM
         Plaintiff,          )
                              )         ORDER
   v.                                        )
                              )
DARRIN JOHNSTON,              )
                              ) Judge: Hon. John A. Mendez
         Defendant.        )
==============================)

    UPON GOOD CAUSE SHOWN, and the stipulation of the parties, it is ordered that USPO Lynda Moore change the language of paragraph 40 of the pre-sentence report to strike the first paragraph in its entirety and add that the correct age of the victim was 18 years old.  The corrected pre-sentence report then will be filed by USPO Moore.

Dated: January 7, 2016         /s/ John A. Mendez_____
                               JOHN A. MENDEZ
                               United States District Court Judge